JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK GONZALEZ, an individual,<br><br>    Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No: 2:22-cv-06120-SPG-AFM<br>Dist Judge: Sherilyn Peace Garnett<br>Mag Judge: Alexander F. MacKinnon<br>Courtroom: 5C<br><br>**ORDER** |

The Joint Stipulation for Dismissal (ECF No. 23) is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: March 10, 2023

HON SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1
ORDER